Hugh W. Housum and Fred Hamilton, for appellant; George W. Burton, of counsel. Redmon, Hogan & Redmon, for appellee.

Mr. Presiding Justice Graves delivered the opinion of the court.

---

**Purl Nelson, appellant, v. Isam Riddle, appellee.**

Action on account. Judgment for defendant on merits, and against plaintiff for costs. Appeal from the Circuit Court of De Witt county; the Hon. George A. Sentel, Judge, presiding. Heard in this court at the October term, 1918. `Affirmed. Opinion filed April 29, 1919.

A. F. Miller and E. B. Mitchell, for appellant. Leonard W. Ingham and Herrick & Herrick, for appellee.

Mr. Presiding Justice Graves delivered the opinion of the court.

---

**Thomas H. Barnes et al., appellants, v. A. C. Steenburg et al., appellees.**

Suit to recover money which plaintiffs were compelled to pay as sureties on guardian's bonds. Decree for defendants. Appeal from the Circuit Court of Fulton county; the Hon. Robert J. Grier, Judge, presiding. Heard in this court at the April term, 1918. Affirmed. Opinion filed April 29, 1919.

Harvey H. Atherton, for appellants. Burnett M. Chiperfield and Claude E. Chiperfield, for appellees.

Mr. Justice Eldredge delivered the opinion of the court.

---

**Fred W. Potter, insurance superintendent of Illinois, v. Northern Life Insurance Company. Emma J. Tice, appellant, v. Sangamon Loan & Trust Company, receiver, appellee.**

Intervening petition, in suit for appointment of receiver of life insurance company, to recover on life policy, dismissed for want of equity. Appeal from the Circuit Court of Sangamon county; the Hon. E. S. Smith, Judge, presiding. Heard in this court at the April term, 1918. Affirmed. Opinion filed April 29, 1919.

R. M. Brand and E. M. Winston, for appellant. A. M. Fitzgerald and A. F. Bernard, for appellee.

Mr. Justice Eldredge delivered the opinion of the court.

---

**Charleston State Bank, appellee, v. Isaac B. Craig, appellant.**

Suit for accounting between partners. Decree for complainant. Appeal from the Circuit Court of Coles county; the Hon. Walter Brewer, Judge, presiding. Heard in this court at the April term, 1918. Reversed and remanded with directions. Opinion filed April 29, 1919.

Edward C. Craig, Donald B. Craig and Fred H. Kelly, for appellant. Albert C. Anderson, for appellee.

Mr. Justice Eldredge delivered the opinion of the court.